## SECOND DEPARTMENT, JANUARY, 1935.

In the Matter of the Appointment of Hon. SELAH B. STRONG as Official Referee. — Selah B. Strong appointed official referee. Present — Lazansky, P. J., Young, Hagarty, Carswell, Scudder, Tompkins and Davis, JJ.

AXEL S. CARLSON, Respondent, v. JAMES STRAIN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

SOL DOUGLAS, Appellant, v. CORNELIUS F. COLLINS, Respondent.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: " On this record should the complaint be dismissed on the ground that the defendant was exempt from civil liability for the alleged acts set forth therein? " Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. [See ante, p. 546.]

WALTER W. GUNTHER, Respondent, v. AMERICAN LABEL Co., INC., Appellant. (Appeal No. 1.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK Relative to Acquiring Certain Real Property at Queens Boulevard, Eighty-fourth Road, Maple Grove Cemetery, etc., in the Borough of Queens, City of New York. MAPLE GROVE CEMETERY ASSOCIATION, Appellant; BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of CULVER CONTRACTING CORPORATION for a Prohibition Order against Hon. BURT JAY HUMPHREY, a Justice of the Supreme Court of the State of New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of KATIE LANG, an Incompetent Person. Application of WILLIAM HODSON, as Commissioner of Public Welfare of the City of New York, Respondent; In the Matter of ROSE L. SCHWOBEL, as Committee of the Property of KATIE LANG, an Incompetent, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Petition of FRANK V. KELLY, Public Administrator of Kings County, as Administrator of the Estate of SOPHIA NYMAN, Deceased, Respondent, for a Discovery Order. MARIA CAROLINA APPELFELT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

ABRAHAM JACOBS, Respondent, v. SAMUEL TANNENBAUM, Appellant. GERTRUDE SUSKIND, Respondent, v. SAMUEL TANNENBAUM, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. [See ante, p. 538.]